UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRON MIKE LANDRUM SR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GERARD TYSON, <br><br> Defendant. | Case No. 2:17-cv-01821-JCM-NJK <br><br> ORDER |

Presently before the court is the matter of *Landrum v. Tyson*, case number 2:17-cv-01821-JCM-NJK.

On October 5, 2017, Magistrate Judge Koppe ordered that plaintiff's application to proceed *in forma pauperis* be granted and that plaintiff's complaint be dismissed for failure to properly invoke federal court jurisdiction. (ECF No. 5.) The original complaint was thereafter filed in accordance with Magistrate Judge Koppe's order. (ECF No. 6.) Plaintiff has not filed an amended complaint. The complaint will therefore be dismissed without prejudice, as it suffers from the same deficiency that Magistrate Judge Koppe articulated in the October 5, 2017 order. *See* (ECF No. 5). All outstanding motions are thus moot.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's complaint (ECF No. 6) be, and the same hereby is, DISMISSED.

IT IS FURTHER ORDERED that plaintiff's motion for temporary restraining order (ECF No. 7) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for preliminary injunction (ECF No. 8) be, and the same hereby is, DENIED as moot.

DATED THIS 18th day of October, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE