# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRON MIKE LANDRUM SR., | Case No. 2:17-cv-01821-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND TIME |
| MICHAEL GERARD TYSON, | (Docket No. 11) |
| Defendant. | |

Pending before the Court is Plaintiff Iron Mike Landrum Sr.'s motion to extend time to file his amended complaint for an extra 30 to 60 days from the Court-ordered deadline of November 6, 2017. Docket No. 11. The Court **GRANTS** Plaintiff's motion, and **EXTENDS** the deadline for Plaintiff to file his amended complaint until January 5, 2018.

IT IS SO ORDERED.

DATED: November 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge