UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRON MIKE LANDRUM SR.,<br><br>                   Plaintiff(s),<br><br>vs.<br><br>MICHAEL GERARD TYSON,<br><br>                   Defendant(s). | Case No. 2:17-cv-01821-JCM-NJK<br><br>ORDER<br><br>(Docket No. 13) |

Pending before the Court is Plaintiff's second motion to extend time to file his amended complaint for an extra 90 to 120 days from the Court-ordered deadline of January 5, 2018. Docket No. 13; *see also* Docket No. 12. The Court **GRANTS** Plaintiff's motion, and **EXTENDS** the deadline for Plaintiff to file his amended complaint until April 4, 2018. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

DATED: January 4, 2018

                                                        _____<br>
                                                        NANCY J. KOPPE<br>
                                                        United States Magistrate Judge