UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IRON MIKE LANDRUM SR., | ) | Case No. 2:17-cv-01821-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 17) |
| MICHAEL GERARD TYSON, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 17. On October 5, 2017, however, the Court granted Plaintiff's application to proceed *in forma pauperis*. Docket No. 5. This order remains valid throughout the pendency of the instant action. *Id.* at 4. Accordingly, the Court **DENIES** as unnecessary Plaintiff's instant application to proceed *in forma pauperis*. Docket No. 17.

IT IS SO ORDERED.

DATED: April 9, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge