# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRON MIKE LANDRUM SR., | Case No.: 2:17-cv-01821-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 25) |
| MICHAEL GERARD TYSON, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend time to amend his amended complaint. Docket No. 25. Plaintiff requests an extension of 90 to 120 days to file a second amended complaint. *Id*. On May 24, 2018, the Court issued a report and recommendation to United States District Judge James C. Mahan that the instant case be dismissed without prejudice. Docket No. 24.

Accordingly, given the pending report and recommendation, the Court **DENIES** Plaintiff's motion to extend. Docket No. 25.

IT IS SO ORDERED.

Dated: June 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1